August 11, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ROYCE GENE ADAMS III, Appellant

NO. 14-15-00589-CR
NO. 14-15-00590-CR                            V.

THE STATE OF TEXAS, Appellee

_____

These consolidated causes were heard on their respective records. Having inspected the records, this Court finds no error in any of the four judgments.

In Cause No. 14-15-00589-CR, this Court orders the judgments of the court below as to Count I and Count II **AFFIRMED**. We further order appellant to pay all costs incurred in this appeal. We further order this decision certified below for observance.

In Cause No. 14-15-00590-CR, this Court orders the judgments of the court below as to Count I and Count II **AFFIRMED.** We further order appellant to pay all costs incurred in this appeal. We further order this decision certified below for observance.